Order issued October 11, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01351-CV

## IN RE REVEREND RESHUNN D. CHAMBERS, TH.M., Relator

Original Proceeding from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-01540

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

JIM MOSELEY
JUSTICE